**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 13 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMIR SHABAZZ, | No. 18-16909 |
| Plaintiff-Appellee, | D.C. No. 1:15-cv-00881-DAD-EPG |
| v. | |
| FELIX IGBINOSA, | MEMORANDUM[*] |
| Defendant-Appellant, | |
| and | |
| JEFFREY A. BEARD; et al., | |
| Defendants. | |

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted June 11, 2019[**]

Before:    CANBY, GRABER, and MURGUIA, Circuit Judges.

Defendant Felix Igbinosa appeals from the district court's order denying him

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

qualified immunity in plaintiff Amir Shabazz's 42 U.S.C. § 1983 action alleging deliberate indifference claims. We have jurisdiction over this interlocutory appeal under 28 U.S.C. § 1291. *Mitchell v. Forsyth*, 472 U.S. 511, 526-27 (1985). We review de novo the district court's ruling on qualified immunity. *George v. Edholm*, 752 F.3d 1206, 1214 (9th Cir. 2014). We vacate and remand.

The district court determined that Igbinosa was not entitled to qualified immunity on Shabazz's deliberate indifference claims. However, after the district court's order was entered, this court in *Hines v. Youseff*, 914 F.3d 1218, 1229 (9th Cir. 2019), concluded that a prisoner's "right to be free from heightened exposure to Valley Fever spores" was not clearly established. Because the district court did not have the benefit of the decision in *Hines* when it entered its order, we vacate the denial of qualified immunity as to Shabazz's deliberate indifference claims against Igbinosa, and remand with instructions to grant Igbinosa's motion to dismiss.

The parties shall bear their own costs on appeal.

**VACATED and REMANDED.**